

# Fourth Court of Appeals
## San Antonio, Texas

January 17, 2014

No. 04-13-00705-CR

Adam AYALA,
Appellant

v.

The STATE of Texas,
Appellee/s

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR1053
Honorable Philip A. Kazen, Jr., Judge Presiding

## O R D E R

Appellant's motion for extension of time to file a brief is granted in part. We order appellant's brief due **February 14, 2014.**

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of January, 2014.

_____
Keith E. Hottle
Clerk of Court